IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARK PLAISANCE, | |
| Plaintiff, | CIVIL NO. 6:16-cv-00210 |
| v. | JUDGE DONALD E. WALTER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | MAGISTRATE JUDGE HANNA |
| Defendant. | |

## JUDGMENT

Having considered the Commissioner's Unopposed Motion for Remand,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Commissioner's December 14, 2015, final administrative decision is REVERSED and REMANDED for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SIGNED this 19 day of Dec, 2016.

HONORABLE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE